UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYMUNDO MONTENEGRO SAUCEDO,<br><br>　　　　　Respondent. | Case No.  [CV 08-03840 DDP]<br>　　　　　CR 04-01125 DDP ✓<br><br>ORDER REQUIRING RETURN TO § 2255 MOTION |

Based upon Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed herein and good cause appearing:

IT IS HEREBY ORDERED that the United States Attorney file a return to the motion on/or before July 28, 2008, accompanied by all records, and that respondent serve a copy of the return upon petitioner prior to the filing thereof.

NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

IT IS FURTHER ORDERED that if the petitioner desires to file a traverse to the return, he shall do so by July 18, 2008, setting forth separately: (a) his admission or denial of any new factual allegations of the return, and (b) any additional legal arguments.

1   IT IS FURTHER ORDERED that if any pleading or other paper
2 submitted to be filed and considered by the Court does not include
3 a certificate of service upon respondent, or counsel for
4 respondent, it will be stricken from this case and disregarded by
5 the Court.

7 Dated: July 8, 2008

                                      DEAN D. PREGERSON
                                      United States District Judge